Jeffrey A. Mitchell
Michael B. Roth
E. Timothy McAuliffe, Jr.
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Plaintiff*
*Bear Stearns Investment Products Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

BEAR STEARNS INVESTMENT PRODUCTS
INC.,

                Plaintiff,

                -vs-

GESHOA FUND and GESHOA STRUCTURED
FINANCE LTD.,

                Defendants.
------------------------------------------------------------ x



07 CV 7035

**<u>RULE 7.1 STATEMENT</u>**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Bear Stearns Investment Products Inc. ("Bear Stearns") (a private non-governmental party) certifies that the following are corporate parents, affiliates, subsidiaries and/or owners of 10% of the stock of Bear Stearns Investment Products Inc., which are publicly held: The Bear Stearns Companies Inc., Aircraft Certificate Seller LLC, Alpha TRS LLC, BS First Greenwich Kahala, BS Greenwich Kahala, BS MD-88, Claim Liquidation Corporation, Leveraged Warehouse Funding LLC, and Vector Capital Fund LLC.

Dated: New York, New York
      August 6, 2007

**DREIER LLP**

By: _____
    Jeffrey A. Mitchell
    Michael B. Roth
    E. Timothy McAuliffe, Jr.
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Plaintiff*

{00278722.DOC;}