UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| BEAR STEARNS INVESTMENT PRODUCTS INC., | x : : : : | CASE NUMBER: 07 CV 7035 |
| Plaintiff, | : : | |
| -vs- | : : : | **AFFIDAVIT OF SERVICE UPON GESHOA STRUCTURED FINANCE LTD.** |
| GESHOA FUND and GESHOA STRUCTURED FINANCE LTD., | : : : | |
| Defendants. | : : x | |

I, Patricia Bodden, Process Server, do hereby make oath and do solemnly swear:

1. That I am a non-party to this action over the age of 21 years and a resident of the Cayman Islands, which is a territory of the United Kingdom;

2. That I am employed as a clerk by Broadhurst Barristers, a law firm whose business address is 40 Linwood Street, George Town, Grand Cayman, Cayman Islands, and am authorized to serve legal process in the Cayman Islands;

3. That on or about August 29, 2007, I was instructed by Kyle Broadhurst, a barrister and attorney admitted to practice law in the Cayman Islands employed by Broadhurst Barristers, in turn acting upon the instructions of Legal Language Services, an international litigation support firm located in Leawood, Kansas, in turn acting upon the instructions of Plaintiff's attorney Timothy McAuliffe of the law firm Dreier LLP, to serve upon Defendant Geshoa Structured Finance Ltd. the following documents:

- Hague Service Convention "*Notice*"
- Hague Service Convention "*Summary of the Document to be Served*" with Attachment A
- *Summons in a Civil Case*
- *Complaint*
- *Rule 7.1 Statement*
- *Civil Cover Sheet*

4. That according to research performed by Broadhurst Barristers, the registered office and address for service of process upon Geshoa Structured Finance Ltd. is c/o Citco Fund Services (Cayman Islands) Limited, Windward I, 2nd Floor, Regatta Office Park, West Bay Road, Grand Cayman, Cayman Islands;

5. That on the 31st day of August at approximately 11:45 a.m. I did personally travel to the registered address of Geshoa Structured Finance Ltd. where I met with Keisha Anglin, who identified herself as a member of the Citco Legal Department; that I told Ms. Anglin that I had documents for service upon Geshoa Structured Finance Ltd. and she indicated that she was empowered to accept service of process on behalf of the defendant; that I handed the documents to her and said, "You are served with legal process on behalf of Geshoa Structured Finance Limited" and as confirmation of delivery she signed Broadhurst Barristers' cover letter and a duplicate copy of the Summons, copies of which are attached hereto as Exhibit A;

6. That Ms. Anglin is a Caymanian female approximately 24 years old, 5'4" tall, with a medium build, short dark hair and dark brown skin;

7. That I believe service to have been effected in accordance with a method prescribed by the internal laws of the Cayman Islands for civil matters within this

jurisdiction and thus in accordance with sub-paragraph (b) of Article 10 of the *Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters*; and

8. That all information herein given accords with the rules and customary procedures applicable and operative in the Cayman Islands at the time of effecting service.

I declare under penalty of perjury under the laws of the United States and the Cayman Islands that the foregoing statements are true and accurate to the best of my knowledge and belief.

_____
Patricia Bodden, Process Server

Sworn before me in George Town     )
Grand Cayman, Cayman Islands       )
This  14th  day of September 2007  )

_____
Notary Public

# EXHIBIT A

## SIGNED LETTER AND SUMMONS CONFIRMING SERVICE

# BROADHURST BARRISTERS

August 31, 2007

BY HAND

Citco Fund Services (Cayman Islands) Limited
PO Box 31106 SMB
Windward I, 2nd Floor
Regatta Office Park
West Bay Road

Dear Sirs,

**Re:** **Geshoa Structured Finance Ltd.**

We have been instructed with respect to the service of the following documents upon you:

1. Hague Service Convention "Notice"
2. Hague Service Convention "Summary" with Attachment "A"
3. Summons in a civil case
4. Complaint
5. Rule 7.1 Statement
6. Civil Cover Sheet

The documents have been attached to this letter. We would be grateful if you would confirm receipt by executing this letter and by executing the duplicate copy of the documents also appended hereto.

Yours sincerely,
**Broadhurst Barristers**

*Kyle Broadhurst*

31/08/07

Attorneys-at-Law

4o Linwood Street • P.O. Box 2503 GT • George Town • Grand Cayman • Cayman Islands • British West Indies
Tel: (345) 949-7237 • Fax: (345) 949-7725 • E-Mail: kyle@broadhurstbarristers.com

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

BEAR STEARNS INVESTMENT PRODUCTS INC.,

        Plaintiff,

-against-

GESHOA FUND and GESHOA STRUCTURED FINANCE LTD.,

        Defendants.

**SUMMONS IN A CIVIL CASE**

07-CV 7035

To: GESHOA FUND
  Corporate Centre
  West Bay Road
  P.O. Box 31106 SMB
  Grand Cayman, Cayman Islands

  GESHOA STRUCTURED FINANCE LTD.
  Walker House
  c/o Walkers SPV Limited
  P.O. Box 908 GT
  Mary Street
  Grand Cayman, Cayman Islands

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEYS, Dreier LLP, 499 Park Avenue, New York, New York 10022, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, default judgment will be taken against you for the relief demanded in the complaint.

**J. MICHAEL McMAHON**
CLERK

AUG 0 6 2007
DATE

BY DEPUTY CLERK

31/08/07

{00278399.DOC;}