UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

BEAR STEARNS INVESTMENT PRODUCTS INC.,

                            Plaintiff,

      - against -

GESHOA FUND and GESHOA STRUCTURED
FINANCE LTD.,

                          Defendants.
---------------------------------------------------------------x

Index No. 07 Civ. 7035 (JES)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/07

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that defendants' time to answer or move is extended to October 12, 2007.

IT IS FURTHER STIPULATED AND AGREED, by and between the undersigned, that defendants waive any claims related to any alleged defects in service.

IT IS FURTHER STIPULATED AND AGREED, by and between the undersigned, that this stipulation may be executed in counterparts and via facsimile transmission.

Dated: New York, New York
         September 12, 2007

DREIER LLP

By: _____
   Michael B. Roth, Esq. (MR-7840)
   Attorneys for Plaintiff
   499 Park Avenue
   New York, New York 10022
   (212) 328-6100

TRACHTENBERG RODES & FRIEDBERG LLP

By: _____
   David G. Trachtenberg, Esq. (DT-6675)
   Attorneys for Defendants
   545 Fifth Avenue
   New York, New York 10017
   (212) 972-2929

SO ORDERED:

_____
Hon. John E. Sprizzo
9-20-07