UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
:
BEAR STEARNS INVESTMENT :
PRODUCTS, INC., :   Case No. 07-CV-7035 (JES)
:
Plaintiff, :
:
-vs- :
:
GESHOA FUND and GESHOA :
STRUCTURED FINANCE LTD., :
:
Defendants. :
:
-------------------------------------- X

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendants Geshoa Fund and Geshoa Structured Finance, Ltd. (private non-governmental parties) certifies that there are no corporate parents, affiliates, subsidiaries and/or owners of 10% of the stock of said parties which are publicly held.

Dated: New York, New York
       October 12, 2007

TRACHTENBERG RODES & FRIEDBERG LLP

BY: _____
     David G. Trachtenberg (DGT 6675)

545 Fifth Avenue
New York, New York 10017
Telephone: (212) 972-2929
Facsimile:  (212) 972-7581

ATTORNEYS FOR DEFENDANTS
GESHOA FUND and GESHOA
STRUCTURED FINANCE, LTD.