UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X
BEAR STEARNS INVESTMENT
PRODUCTS, INC.,

              Plaintiff,

-vs-

GESHOA FUND and GESHOA
STRUCTURED FINANCE LTD.,

              Defendants.
------------------------------------------------- X

Case No. 07-CV-7035 (NRB)

## AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendants Geshoa Fund and Geshoa Structured Finance, Ltd. (private non-governmental parties) certifies that the following are corporate parents, affiliates, subsidiaries and/or owners of 10% or more of the stock of said parties which are publicly held or affiliated with publicly held companies: UBS AG Zurich and Banque HaPoalim (Suisse) SA Luxembourg.

Dated: New York, New York
       October 25, 2007

TRACHTENBERG RODES & FRIEDBERG LLP

BY: _____
David G. Trachtenberg (DGT 6675)

545 Fifth Avenue
New York, New York 10017
Telephone: (212) 972-2929
Facsimile: (212) 972-7581

ATTORNEYS FOR DEFENDANTS
GESHOA FUND and GESHOA
STRUCTURED FINANCE, LTD.