Jeffrey A. Mitchell
Michael B. Roth
E. Timothy McAuliffe, Jr.
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Plaintiff*
*Bear Stearns Investment Products Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

BEAR STEARNS INVESTMENT PRODUCTS
INC.,

               Plaintiff,

               -vs-

GESHOA FUND and GESHOA STRUCTURED
FINANCE LTD.,

               Defendants.
------------------------------------------------------------ x

ECF CASE

07-CV-7035 (NRB)

**SCHEDULING ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 12/4/07

      After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

**IT IS HEREBY ORDERED THAT**:

      A. The case is to be tried to a jury.

      B. Joinder of additional parties must be accomplished by January 15, 2008.

      C. Amended pleadings may be filed without leave of Court until December 14, 2007.

      D. The parties shall make the initial Rule 26(a)(1) disclosures by November

{00305310.DOC;}

16, 2007.

  E. Discovery (in addition to the disclosures required by Fed.R.Civ.P. 26(a)(1)):

   1. As further detailed below, the overall discovery schedule will be structured as follows:

- Initial written discovery requests and interrogatories, if any, to be served by December 21, 2007.

- Fact discovery on all issues to close by May 23, 2008.

- Expert disclosures conforming with Rule 26 must be made by no later than the following dates: Plaintiff's expert report(s) by June 13, 2008; Defendants' expert report(s) by ~~August 1~~ July 18, 2008. Expert depositions to be concluded by ~~September 30~~ August 29, 2008. *NRB*

  F. Post-discovery summary judgment motion practice will be scheduled by the Court following the close of discovery.

  G. All motions and applications shall be governed by Judge Buchwald's Individual Rules of Practice. Counsel shall promptly familiarize themselves with all of the Court's Individuals Rules, as well as the Local Rules for the United States District Court for the Southern District of New York.

SO ORDERED.

Dated: ~~November~~ December 3, 2007

_____
Judge Naomi R. Buchwald

DREIER LLP

By: _____
Jeffrey A. Mitchell, Esq.
Michael B. Roth, Esq.
E. Timothy McAuliffe, Jr., Esq.
*Attorneys for Plaintiff*
499 Park Avenue
New York, New York 10022
(212) 328-6100

TRACHTENBERG RODES &
FRIEDBERG LLP

By: _____
David G. Trachtenberg, Esq.
*Attorneys for Defendants*
545 Fifth Avenue
New York, New York 10017
(212) 972-2929