Jeffrey A. Mitchell
Michael B. Roth
E. Timothy McAuliffe, Jr.
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100



*Attorneys for Plaintiff*
*Bear Stearns Investment Products Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                                        :
BEAR STEARNS INVESTMENT PRODUCTS    :    **ECF CASE**
INC.,                                                   :
                                                        :
                          Plaintiff,                    :    07-CV-7035 (NRB)
                                                        :
               -vs-                                     :
                                                        :
GESHOA FUND and GESHOA STRUCTURED    :
FINANCE LTD.,                                           :
                                                        :
                          Defendants.                   :
------------------------------------------------------- x

### REVISED SCHEDULING ORDER

The Scheduling Order filed December 4, 2007 (the "Case Management

Plan"), is hereby revised and amended as follows:

    1.    Fact discovery on all issues to close by July 25, 2008.

    2.    Expert disclosures conforming with Rule 26 must be made by no later than

the following dates: Plaintiff's expert report(s) by August 29, 2008; Defendants' expert

report(s) by October 3, 2008. Expert depositions to be concluded by October 31, 2008.

3.    All other provisions of the Case Management Plan shall remain in full effect.

**SO ORDERED.**

Dated: April _/8_, 2008

Judge Naomi R. Buchwald

**DREIER LLP**

By:

Jeffrey A. Mitchell, Esq.
Michael B. Roth, Esq.
E. Timothy McAuliffe, Jr., Esq.
*Attorneys for Plaintiff*
499 Park Avenue
New York, New York 10022
(212) 328-6100

**TRACHTENBERG RODES & FRIEDBERG LLP**

By:

David G. Trachtenberg, Esq.
*Attorneys for Defendants*
545 Fifth Avenue
New York, New York 10017
(212) 972-2929