Jeffrey A. Mitchell
Michael B. Roth
E. Timothy McAuliffe, Jr.
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/08
```

*Attorneys for Plaintiff*
*Bear Stearns Investment Products Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :
BEAR STEARNS INVESTMENT PRODUCTS          :   <u>ECF CASE</u>
INC.,                                                         :
                                                              :
                            Plaintiff,                        :   07-CV-7035 (NRB)
                                                              :
                    -vs-                                      :
                                                              :
GESHOA FUND and GESHOA STRUCTURED    :
FINANCE LTD.,                                                 :
                                                              :
                            Defendants.                       :
------------------------------------------------------------- x

## [~~PROPOSED~~] REVISED SCHEDULING ORDER

The Scheduling Order filed April 10, 2008 (the "Case Management Plan"), is hereby revised and amended as follows:

1. Fact discovery on all issues (other than document requests resulting from the depositions of the parties) to close by July 25, 2008. The remaining fact discovery shall be completed by August 21, 2008.

2. All other provisions of the Case Management Plan shall remain in full effect.

{00305310.DOC;4}

SO ORDERED.

Dated: July 2̶2̶, 2008

_____
Judge Naomi R. Buchwald    7/24/08

**DREIER LLP**

By: /s/ _____
Jeffrey A. Mitchell, Esq.
Michael B. Roth, Esq.
E. Timothy McAuliffe, Jr., Esq.
*Attorneys for Plaintiff*
499 Park Avenue
New York, New York 10022
(212) 328-6100

**TRACHTENBERG RODES & FRIEDBERG LLP**

By: _____
David G. Trachtenberg, Esq.
*Attorneys for Defendants*
545 Fifth Avenue
New York, New York 10017
(212) 972-2929

{00305310.DOC;4}                                2